**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Luis Angel BOTELLO, a.k.a.**
**Juan Rodriguez–Jimenez,**
**Defendant–Appellant.**

Nos. 11–30222, 11–30224.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 23, 2012.

Pamela Jackson Byerly, Assistant U.S., USSP–Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

ed by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Matthew Campbell, Assistant Federal Public Defender, FPDWA–Federal Public Defender's Office, Spokane, WA, for Defendant–Appellant.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Luis Angel Botello appeals from the 63–month sentence imposed following his guilty-plea conviction for being an alien in the United States after deportation, in violation of 8 U.S.C. § 1326, and from the six-month concurrent sentence imposed following revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm

Botello contends his sentences are substantively unreasonable. The within-Guidelines sentences are substantively reasonable in light of the totality of the circumstances and the sentencing factors set forth in 18 U.S.C. §§ 3553(a) and 3583(e). *See United States v. Carty,* 520 F.3d 984, 992–93 (9th Cir.2008) (en banc).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.